UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-08-182-EFS |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANT'S |
| v. ) | MOTION TO RECONSIDER, |
| ) | MODIFYING BOND REQUIREMENT |
| MARCUS CHARLES BREYMIER, ) | AND REQUIRING ELECTRONIC |
| ) | MONITORING |
| Defendant. ) | |

Before the court is Defendant's Motion to Reconsider Conditions of Release, filed January 17, 2009. The United States has not filed a response.

**IT IS ORDERED** Defendant's Motion **(Ct. Rec. 20)** is **GRANTED.** The court's Order Setting Conditions of Release is **MODIFIED** as follows:

1. Defendant shall post a **$15,000** unsecured appearance bond, to be co-signed by a responsible adult, in lieu of the previously ordered $15,000 percentage bond.

2. The Defendant shall participate in a program of electronically monitored home confinement. The Defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation. In the event the Defendant does not respond to electronic monitoring or cannot be found, U.S. Probation Officers shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The

ORDER GRANTING DEFENDANT'S MOTION TO RECONSIDER, MODIFYING
BOND REQUIREMENT AND REQUIRING ELECTRONIC MONITORING - 1

Defendant shall be responsible for all costs of electronic monitoring.

3. All other conditions of the court's Order filed January 12, 2009, remain and shall constitute the additional conditions of Defendant's release.

DATED January 28, 2009.

                                 <u>S/ CYNTHIA IMBROGNO</u>
                                 UNITED STATES MAGISTRATE JUDGE